```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
DEJZHANE GRANT,

                    Plaintiff,
                                                      ORDER
         - against -
                                                  23 Civ. 7777 (NRB)
NATIONAL RAILROAD PASSENGER
CORPORATION, doing business as Amtrak,
MARIA RANGER

                    Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         October 12, 2023

```
                              _____
                                   NAOMI REICE BUCHWALD
                                UNITED STATES DISTRICT JUDGE
```